FILED - LN
April 3, 2026 11:58 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD   SCANNED BY: eod  04/03

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Jamie  Phillip  Perry  - SSN -
_____

(Enter above the full name of the plaintiff(s), including prisoner number, in this action.  If
you cannot list all plaintiffs in the space provided, please write "see attached" and list all
names on an additional page.)

1:26-cv-01103
Jane M. Beckering
U.S. District Judge

v.

The  State  of  Michigan
_____
The  United  States  of  America
_____

_____

_____

_____

(Enter above the full name of the defendant(s) in this action.  If you cannot list all defendants
in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I.  **Previous Lawsuits**
**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals
to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses
are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the
questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay
the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A.   Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☑  No ☐

B.   If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5
below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1.   Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit
was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

Kalamazoo Fed, Grand Rapids Fed, Marquette, lansing Fed

2.   Is the action still pending?        Yes ☑   No ☐

a.   If your answer was no, state precisely how the action was resolved:  See attached
# 1

3.   Did you appeal the decision?        Yes ☑  No ☐

4.   Is the appeal still pending?        Yes ☐   No ☑
a.   If not pending, what was the decision on appeal?  See attached # 1

5.   Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☑  No ☐
a.   If so, explain:  See attached # 1 appeals

- 2 -

(W.D. Mich. Form – Last Revised: September 2021)

NAME:_____    TO:_____

LOCATION:  B_____ C_____ (or) Dorm _____    _____

919 Port Street, St. Joseph, Michigan  49085    _____

JAIL INFORMATION: (269) 982-8670    DATE: 3-9-2026 _____

Attachment # 1 _____,

1. Previous lawsuits

(B1) The Plaintiff has filed the following in michigan Federal Court Jamie Phillip Perry v. Carri Driseno et al - ECF 6-21-24 Case # 1:24-CV-00542 - Jamie Phillip Perry v. State of michigan et al ECF 8-25-25 Case # 1:25-CV-00819 - united States court of appeals 6th circuit Cincinnati ohio Case # 25-2053 originating case ending in 00819 ECF 1.29.26 - Jamie Phillip Perry v. michigan Department of corrections et al ECF 12-4-25 Case # 1:25-CV-01599 Also being held in violation of the u.s constitution Jamie Phillip Perry v. Berrien County Sheriff's department ECF 1.7.26 Case # 1:25-CV-01782 Habeas Corpus Pending review

(B.2) The only Pending action is Case # 1:25-CV-01782 Habeas Corpus Pending review.

(B.3) The only appeal filed was in U.S Court of appeals Case # 25-2053 for the 6th Circuit

(B.5) The Previous law Suits are asserting Similar Facts as merits was Provided for appeal 25-2053.

Refer to the above lawsuit 1:25-CV-00819 and appeal 25-2053 For Facts to Support the Following.

Signed:_____

II.  **Parties**

A.  Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Jamie Phillip Perry_

Place of Present Confinement _Berrien County Jail_

Address _919 Port Street, St Joseph michigan 49085_

Place of Confinement During Events Described in Complaint_____

B.  Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _State of michigan_

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #2 _United States of america_

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #3 _County of Berrien_

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #4 _City of Niles_

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

- 3 -

(W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

The Plaintiff has served a false imprisonment since 10-3-23 as a Complaint and warrant was provided to niles city Circuit Court and was unsigned by a Judge finding Probable Cause a Criminal offense was committed. The Plaintiff was detained 9-30-23 as the complaint and warrant was provided to the Court 10.2.23.

A malicious Prosecution has taken Place due to the complaint and warrant not being signed by Judge or magistrate finding Probable Cause a Criminal offense was committed.

The Plaintiff has suffered many injuries as his movement has been restricted. The State has caused a lot of mental anguish, slander of Character, an has used several Forensic Psychiatry to act as if the Plaintiff is impaired, and also forcing to take medications.

The Plaintiff has been denied affective assistance of Counsel

The Plaintiff moved towards asserting his U.S Constitution rights for Protection

The Plaintiff has suffered a Cruel and unusual Punishment being depaived of life and liberty as location of Plaintiff has been Segragation since 10-17-23 as Plaintiff remains in Illegal custody.

(W.D. Mich. Form – Last Revised: September 2021)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

Requesting Punitive damages from the State of michigan as statements of Claim is Provided above in the Sum of exceeding the Controversy amount of $75,000 as requesting Punitive damages in the Sum of $11 Billion through $500 Billion

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

3-9-2026
**Date**

**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -                                          (W.D. Mich. Form – Last Revised: September 2021)

NAME Jamie S Jerry -80012836

LOCATION 1 E O5

919 PORT STREET
ST. JOSEPH, MICHIGAN 49085

Official Business

UNITED STATES
OF AMERICA

FOREVER/USA

U.S District Court
: Office Of The Clerk:

315 W. Allegan St Lansing,

MI 48933

:113 Federal Building: